IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAY BLACKMON and KENDEL BLACKMON, Individually and as Next Friends of TODD CHRISTOPHER BLACKMON, et al., | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. G-02-179 |
| AMERICAN HOME PRODUCTS CORPORATION, et al., | § § § § | |
| Defendants. | § § § | |

## FINAL JUDGMENT

As set forth in the Order Granting Defendants' Motion for Summary Judgment, issued this day, as well as all previous Orders Granting Defendants' Motions to Dismiss and for Summary Judgment, such Motions are hereby **GRANTED**. Any and all claims herein asserted are hereby **DISMISSED WITH PREJUDICE**. All Parties are to bear their own costs, attorney's fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED.**

DONE this 8th day of June, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge